JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: holly.walker@jacksonlewis.com

DALE M. CENDALI, ESQ.
*Admitted Pro Hac Vice*
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
E-Mail: dale.cendali@kirkland.com

ALLISON W. BUCHNER, ESQ.
*Admitted Pro Hac Vice*
**KIRKLAND & ELLIS LLP**
2049 Century Park East, Ste. 3700
Los Angeles, California 90067
Telephone: (310) 552-4200
E-Mail: allison.buchner@kirkland.com

DREW MORRILL, ESQ.
*Admitted Pro Hac Vice*
**KIRKLAND & ELLIS LLP**
555 S. Flower Street, Ste. 3700
Los Angeles, California 90071
Telephone: (213) 680-8278
E-Mail: drew.morrill@kirkland.com

*Attorneys for Plaintiff Byrna Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BYRNA TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DUKE DEFENSE USA, INC., a Delaware corporation; BOUGIEFIT, LLC, a Nevada limited liability company; ZYN APPAREL, a Delaware limited liability company; REILLY SCHUELER, an individual; BENJAMIN M. FLAM; an individual; JONATHAN COBB SANDERS, an individual; RANDALL CLIFTON, an individual; DENI STRAHL, an individual; BRAD THOMAS, an individual; APRIL WOODWARD, an individual; and TYLER AKIN, an individual,<br><br>Defendants. | Case No.: 2:21-cv-01559-APG-NJK<br><br>**ORDER EXTENDING THE:**<br><br>**(1) TEMPORARY RESTRAINING ORDER AS TO DEFENDANT THOMAS; AND**<br><br>**(2) TIME FOR DEFENDANT THOMAS TO RESPOND TO ECF NO. 14**<br><br>**(FIRST REQUEST)** |

JACKSON LEWIS P.C.
LAS VEGAS

1

Plaintiff Byrna Technologies, Inc. ("Byrna" or "Plaintiff"), by and through its undersigned counsel, and Defendant Brad Thomas, *pro se*, hereby stipulate and agree as follows:

1. Plaintiff filed a Complaint and Request for Injunctive Relief (ECF No. 1) and a Motion for Temporary Restraining Order (ECF No. 6) on August 23, 2021.

2. The Court issued a Temporary Restraining Order on August 24, 2021 and provided that if Plaintiff filed a new motion for a temporary restraining order or a motion for preliminary injunction, Defendants would have four business days thereafter to respond. ECF No. 10.

3. Defendant Thomas was personally served with the Summons, Complaint, Motion for Temporary Restraining Order, and Temporary Restraining Order on August 25, 2021. His response to the Complaint is currently due on or before September 14, 2021. Defendant Thomas was served with Plaintiff's Motion for Preliminary Injunction on August 24, 2021. His response to the Motion for Preliminary Injunction is due on August 30, 2021.

4. Defendant Thomas has notified Plaintiff's counsel that he is working to secure Nevada counsel and needs additional time to respond to Plaintiff's Motion for Preliminary Injunction.

5. To accommodate Defendant Thomas's request, Plaintiff and Defendant Thomas agree that:

   a. Defendant Thomas shall have until September 10, 2021 to file his response, if any, to Plaintiff's Motion for Preliminary Injunction (ECF No. 14); and

   b. Plaintiff shall have until September 17, 2021 to file its reply, if any, in support of its Motion for Preliminary Injunction as it pertains to Defendant Thomas.

6. Plaintiff and Defendant Thomas further agree that:

   a. the Temporary Restraining Order, including any amendment or supplement thereof by the Court, shall be binding upon and remain in full force and effect as to Defendant Thomas, pursuant to Fed. R. Civ. P. 65(b)(2), until such time as the Court rules on Plaintiff's Motion for Preliminary Injunction as it pertains to Defendant Thomas (the "Restrictive Period").

   b. During the Restrictive Period, Defendant Thomas shall not, for any purpose, directly or indirectly, use, appropriate, disclose or disseminate to any other person

    or entity, or otherwise employ, any of Plaintiff's confidential information or trade secrets, or assist any other person or entity in engaging in such activities.

c. During the Restrictive Period, Defendant Thomas shall not, directly or indirectly, be employed by, provide services or assistance to, or otherwise engage in any business, commercial, or professional relationship or dealings with Defendants Duke Defense USA, Inc. (or any of its parents, subsidiaries, and/or affiliates), BougieFit, LLC (or any of its parents, subsidiaries, and/or affiliates), Tyler Akin, Benjamin Flam, Reilly Schueler, Randall Clifton, Jonathan Cobb Sanders, Deni Strahl, or April Woodward, provided, however, that this Paragraph 6(c) does not prohibit Defendant Thomas from owning and/or operating Defendant Zyn Apparel in conjunction with Defendant Sanders so long as such operation does not otherwise violate the terms of the Temporary Restraining Order or this Stipulation.

d. Defendant Thomas shall locate and deliver the 64 GB Memory Card, Toshiba External USB 3.0 – Serial No. 20200118012909F, Samsung PSSD T7 – Serial No. S5TCNJ0N600924B, and REALSIL RTSUERLUN0 Drive/Card to Plaintiff's forensic examiner (HOLO Discovery, 3016 W Charleston Blvd Suite #170, Las Vegas, NV 89102) for forensic imaging and examination, and shall use his best efforts to do so by September 3, 2021.

///
///
///
///
///
///
///
///

JACKSON LEWIS P.C.
LAS VEGAS

3

7. Neither this Stipulation nor the extensions provided herein shall effect the Court's ability to rule upon or grant the relief requested in Plaintiff's Motion for Preliminary Injunction as it pertains to other parties. Further, nothing in this Stipulation shall be construed as effecting the validity or effectiveness of the Temporary Restraining Order as to other parties. Moreover, the purpose of this Stipulation is for scheduling purposes, and nothing in this Stipulation shall be construed to be an admission by any party, nor shall it be used for or against any party as it relates to the merits of any allegation in the case, including but not limited to the merits of the Temporary Restraining Order or Plaintiff's Motion for Preliminary Injunction.

DATED this 30th day of August, 2021.

| JACKSON LEWIS, P.C. | BRAD THOMAS |
|---|---|
| */s/ Joshua A. Sliker* <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> HOLLY E. WALKER, ESQ. <br> Nevada Bar No. 14295 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Plaintiff* <br> *Byrna Technologies, Inc.* | */s/ Brad Thomas* <br> 1392 Highway 159 N. <br> Falmouth, Kentucky 41040 <br><br> *Defendant Pro Se* |

IT IS SO ORDERED.

_____
United States District Court Judge

Dated: August 31, 2021