JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: holly.walker@jacksonlewis.com

DALE M. CENDALI, ESQ.
*Admitted Pro Hac Vice*
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
E-Mail: dale.cendali@kirkland.com

ALLISON W. BUCHNER, ESQ.
*Admitted Pro Hac Vice*
**KIRKLAND & ELLIS LLP**
2049 Century Park East, Ste. 3700
Los Angeles, California 90067
Telephone: (310) 552-4200
E-Mail: allison.buchner@kirkland.com

DREW MORRILL, ESQ.
*Admitted Pro Hac Vice*
**KIRKLAND & ELLIS LLP**
555 S. Flower Street, Ste. 3700
Los Angeles, California 90071
Telephone: (213) 680-8278
E-Mail: drew.morrill@kirkland.com

*Attorneys for Plaintiff Byrna Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BYRNA TECHNOLOGIES, INC., a Delaware corporation, | Case No.: 2:21-cv-01559-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT ZYN APPAREL, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| DUKE DEFENSE USA, INC., a Delaware corporation; BOUGIEFIT, LLC, a Nevada limited liability company; ZYN APPAREL, LLC a Delaware limited liability company; REILLY SCHUELER, an individual; BENJAMIN M. FLAM; an individual; JONATHAN COBB SANDERS, an individual; RANDALL CLIFTON, an individual; DENI STRAHL, an individual; BRAD THOMAS, an individual; APRIL WOODWARD, an individual; and TYLER AKIN, an individual, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Byrna Technologies, Inc. ("Byrna" or "Plaintiff"), by and through its undersigned counsel, and Defendant Zyn Apparel, LLC d/b/a Treezyn ("Treezyn") hereby stipulate and agree as follows:

1.     Plaintiff filed a Complaint and Request for Injunctive Relief (ECF No. 1) on August 23, 2021. Defendant Treezyn was served with the Summons and Complaint, via its Registered Agent, on August 24, 2021. Defendant Treezyn's response to the Complaint is currently due on or before September 14, 2021.

2.     Robert D. Thomas, out-of-state counsel for Defendant Treezyn, has notified Plaintiff's counsel that Defendant Treezyn is working to secure Nevada counsel and needs additional time to prepare its response to Plaintiff's Complaint.

3.     To accommodate Defendant Treezyn's request, Plaintiff and Defendant Treezyn agree that Defendant Treezyn shall have until October 8, 2021 to file its response, if any, to Plaintiff's Complaint (ECF No. 1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4.      Nothing in this Stipulation shall be construed as or shall have the effect of waiving any party's rights, claims or defenses in this case, including but not limited to those relating to venue and jurisdiction.

DATED this 14th day of September, 2021.

JACKSON LEWIS, P.C.

/s/ Joshua A. Sliker
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

Attorneys for Plaintiff
Byrna Technologies, Inc.

ANDERSEN, TATE & CARR, P.C.

/s/ Robert D. Thomas
ROBERT D. THOMAS, ESQ.
1960 Satellite Boulevard, Ste. 4000
Duluth, Georgia 30097

Non-Appearing Attorney for Defendant
Zyn Apparel, LLC d/b/a Treezyn

**IT IS SO ORDERED.**

_____
~~United States District Court Judge /~~
United States Magistrate Judge

Dated: September 16, 2021
_____