JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: holly.walker@jacksonlewis.com

DALE M. CENDALI, ESQ.
*Admitted Pro Hac Vice*
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
E-Mail: dale.cendali@kirkland.com

ALLISON W. BUCHNER, ESQ.
*Admitted Pro Hac Vice*
**KIRKLAND & ELLIS LLP**
2049 Century Park East, Ste. 3700
Los Angeles, California 90067
Telephone: (310) 552-4200
E-Mail: allison.buchner@kirkland.com

DREW MORRILL, ESQ.
*Admitted Pro Hac Vice*
**KIRKLAND & ELLIS LLP**
555 S. Flower Street, Ste. 3700
Los Angeles, California 90071
Telephone: (213) 680-8278
E-Mail: drew.morrill@kirkland.com

*Attorneys for Plaintiff Byrna Technologies, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BYRNA TECHNOLOGIES, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>DUKE DEFENSE USA, INC., a Delaware corporation; BOUGIEFIT, LLC, a Nevada limited liability company; ZYN APPAREL, LLC a Delaware limited liability company; REILLY SCHUELER, an individual; BENJAMIN M. FLAM; an individual; JONATHAN COBB SANDERS, an individual; RANDALL CLIFTON, an individual; DENI STRAHL, an individual; BRAD THOMAS, an individual; APRIL WOODWARD, an individual; and TYLER AKIN, an individual,<br><br>               Defendants. | Case No.: 2:21-cv-01559-APG-DJA<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS (ECF No. 29)**<br><br>**(FIRST REQUEST)** |

1    Plaintiff Byrna Technologies, Inc. ("Byrna" or "Plaintiff"), and Defendants Duke Defense USA,
2  Inc. ("Duke USA"), Zyn Apparel, LLC d/b/a Treezyn ("Treezyn"), Reilly Schueler ("Schueler"),
3  Benjamin M. Flam ("Flam"), Jonathan Cobb Sanders ("Sanders"), Randall Clifton ("Clifton"), Deni
4  Strahl ("Strahl"), and April Woodward ("Woodward") (collectively, "Defendants"), by and through
5  their respective undersigned counsel, and hereby stipulate and agree as follows:

6      1.    Plaintiff filed a Complaint and Request for Injunctive Relief on August 23, 2021. ECF
7  No. 1.

8      2.    Defendants Duke USA, Treezyn, Flam, Clifton, Sanders, Schueler, Strahl and
9  Woodward filed a Motion to Dismiss on September 28, 2021. ECF No. 29.  Plaintiff's response to
10 Defendants' Motion is due on October 12, 2021.

11     3.    Plaintiff's counsel requires additional time to complete Plaintiff's response to
12 Defendants' Motion. In addition, Defendants' counsel, Marc Cook, is in the process of withdrawing as
13 counsel of record for Defendants.

14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

4.     Therefore, the parties have agreed that Plaintiff shall have an additional 14-days—until October 26, 2021—to file its response to Defendants' Motion to Dismiss.

DATED this 5th day of October, 2021.

JACKSON LEWIS, P.C.                          COOK & KELESIS

/s/ Joshua A. Sliker_____        /s/ Marc P. Cook_____
JOSHUA A. SLIKER, ESQ.                       MARC P. COOK, ESQ.
Nevada Bar No. 12493                         Nevada Bar No. 4574
300 S. Fourth Street, Ste. 900               517 S. 9th Street
Las Vegas, Nevada 89101                      Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                    *Attorneys for Defendants Duke Defense*
*Byrna Technologies, Inc.*                   *USA, Inc., Zyn Apparel, LLC, Randall*
                                             *Clifton, Benjamin Flam, Jonathan Cobb*
                                             *Sanders, Reilly Schueler, Deni Strahl, and*
                                             *April Woodward*

                                             **IT IS SO ORDERED.**

                                             _____
                                             United States District Court Judge

                                             Dated: __October 5, 2021_____