**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Byrna Technologies, Inc., | Case No. 2:21-cv-01559-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| Duke Defense USA, Inc., et al., | |
| Defendants. | |

Before the Court is Defendants' counsel's—Marc P. Cook, Esq., and Thomas R. Sheets, Esq., of the law firm Cook & Kelesis, Ltd.—motion to withdraw (ECF No. 37).  Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel."  LR IA 11-6(b).  The Court finds that Defendants' counsel has met the requirements of LR IA 11-6(b). Mr. Cook and Mr. Sheets indicate that Defendants have failed to meet their obligations to their firm, necessitating the withdrawal.

The Court will require that Defendants Duke Defense USA, Inc., and Zyn Apparel advise the Court if they will retain new counsel if they intend to continue to litigate this matter.  *See United States v. High Country Broad*., 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney.").  The Court will require that Defendants Reilly Schueler, Benjamin M. Flam, Jonathan Cobb Sanders, Randall Clifton, Deni Strahl, and April Woodward advise the Court whether they intend to proceed *pro se* or retain counsel.  Filing a notice of new counsel on or before Friday, November 5, 2021 is sufficient to comply with the Court's order.  Failure to respond may result in a recommendation

1    to the United States District Judge assigned to this case that dispositive sanctions be issued

2    against Defendants, including dismissal of this action.

3          **IT IS THEREFORE ORDERED** that Defense counsel's motion to withdraw (ECF No.

4    37) is **granted**.

5          **IT IS FURTHER ORDERED** that Defendants Duke Defense USA, Inc. and Zyn

6    Apparel shall advise the Court if they will retain new counsel if they intend to continue to litigate

7    this matter by Friday, November 5, 2021.

8          **IT IS FURTHER ORDERED** that Defendants Reilly Schueler, Benjamin M. Flam,

9    Jonathan Cobb Sanders, Randall Clifton, Deni Strahl, and April Woodward advise the Court

10   whether they intend to proceed *pro se* or retain counsel by Friday, November 5, 2021.

11         **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to add the last

12   known addresses of Defendants to the civil docket and send a copy of this order to Defendants'

13   last known addresses:

14
     **Duke Defense USA, Inc.**
15   c/o Reilly Schueler, President/Chief Marketing Officer
     2028 Poetry Avenue
16   Henderson, Nevada 89052

17   **Zyn Apparel**
     c/o Cory Takeuchi, Esq. & Robert Thomas Esq.
18   Anderson Tate Carr
     1960 Satellite Boulevard, Suite 4000
19   Duluth, Georgia 30097

20
     **Reilly Schueler**
21   2028 Poetry Avenue
     Henderson, Nevada 89052
22

23   **Benjamin M. Flam**
     Gordon Law Group, LLP
24   585 Boylston Street
     Boston, Massachusetts 02116
25

26   **Randall Clifton**
     c/o Reilly Schueler
27   2028 Poetry Avenue
     Henderson, Nevada 89052

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Randall Clifton**
c/o Benjamin M. Flam
Gordon Law Group, LLP
585 Boylston Street
Boston, Massachusetts 02116

**Deni Strahl**
c/o Reilly Schueler
2028 Poetry Avenue
Henderson, Nevada 89052

**Deni Strahl**
c/o Benjamin M. Flam
Gordon Law Group, LLP
585 Boylston Street
Boston, Massachusetts 02116

**April Woodward**
c/o Reilly Schueler
2028 Poetry Avenue
Henderson, Nevada 89052

**April Woodward**
c/o Benjamin M. Flam
Gordon Law Group, LLP
585 Boylston Street
Boston, Massachusetts 02116

**Jonathan Cobb Sanders**
c/o Reilly Schueler
2028 Poetry Avenue
Henderson, Nevada 89052

**Jonathan Cobb Sanders**
c/o Benjamin M. Flam
Gordon Law Group, LLP
585 Boylston Street
Boston, Massachusetts 02116

DATED: October 6, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE