JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
KYLE J. HOYT, ESQ.
Nevada Bar No. 14886
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: kyle.hoyt@jacksonlewis.com

DALE M. CENDALI, ESQ.
*Admitted Pro Hac Vice*
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
E-Mail: dale.cendali@kirkland.com

ALLISON W. BUCHNER, ESQ.
*Admitted Pro Hac Vice*
**KIRKLAND & ELLIS LLP**
2049 Century Park East, Ste. 3700
Los Angeles, California 90067
Telephone: (310) 552-4200
E-Mail: allison.buchner@kirkland.com

DREW MORRILL, ESQ.
*Admitted Pro Hac Vice*
**KIRKLAND & ELLIS LLP**
555 S. Flower Street, Ste. 3700
Los Angeles, California 90071
Telephone: (213) 680-8278
E-Mail: drew.morrill@kirkland.com

*Attorneys for Plaintiff Byrna Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BYRNA TECHNOLOGIES, INC., a Delaware corporation,<br><br>            Plaintiff,<br>vs.<br><br>DUKE DEFENSE USA, INC., a Delaware corporation; BOUGIEFIT, LLC, a Nevada limited liability company; ZYN APPAREL, LLC a Delaware limited liability company; REILLY SCHUELER, an individual; BENJAMIN M. FLAM; an individual; JONATHAN COBB SANDERS, an individual; RANDALL CLIFTON, an individual; DENI STRAHL, an individual; BRAD THOMAS, an individual; APRIL WOODWARD, an individual; and TYLER AKIN, an individual,<br><br>            Defendants. | Case No.: 2:21-cv-01559-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF CERTAIN DEFENDANTS** |

1  Plaintiff Byrna Technologies, Inc., by and through its counsel of record, Defendant Zyn Apparel, LLC d/b/a Treezyn ("Treezyn"), by and through its counsel of record, and Defendants Duke Defense USA, Inc. ("Duke USA"), Reilly Schueler ("Schueler"), Jonathan Cobb Sanders ("Sanders"), Deni Strahl ("Strahl"), and April Woodward ("Woodward") (collectively, Defendants Treezyn, Duke USA, Schueler, Sanders, Strahl and Woodward are the "Duke Parties"), *pro se*, hereby stipulate and agree to dismiss this case and all claims and allegations therein with prejudice as to the Duke Parties only, each party to bear its own attorneys' fees and costs, pursuant to a Confidential Settlement Agreement wherein the Duke Parties have agreed to abide by the terms of the Preliminary Injunction issued by the Court on September 7, 2021 (ECF No. 25).

DATED this 11th day of November, 2021.

| JACKSON LEWIS, P.C. | HOLLAND & HART LLP |
|---|---|
| */s/ Joshua A. Sliker* | */s/ Laura K. Granier* |
| JOSHUA A. SLIKER, ESQ. | LAURA K. GRANIER, ESQ. |
| Nevada Bar No. 12493 | Nevada Bar No. 7357 |
| 300 S. Fourth Street, Ste. 900 | 5441 Kietzke Lane, 2nd Fl. |
| Las Vegas, Nevada 89101 | Reno, Nevada 89511 |
| *Attorneys for Plaintiff Byrna Technologies, Inc.* | *Attorneys for Defendant Zyn Apparel, LLC* |

REILLY SCHUELER
/s/ Reilly Schueler

DUKE DEFENSE USA, INC.
/s/ Reilly Schueler

APRIL WOODWARD
/s/ April Woodward

JONATHAN COBB SANDERS
/s/ Jonathan Cobb Sanders

DENI STRAHL
/s/ Deni Strahl

**IT IS SO ORDERED.**

_____
United States District Court Judge

Dated: November 15, 2021