1  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
2  KYLE J. HOYT, ESQ.
   Nevada Bar No. 14886
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Ste. 900
4  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
5  E-Mail: joshua.sliker@jacksonlewis.com
   E-Mail: kyle.hoyt@jacksonlewis.com
6
   DALE M. CENDALI, ESQ.
7  *Admitted Pro Hac Vice*
   **KIRKLAND & ELLIS LLP**
8  601 Lexington Avenue
   New York, New York 10022
9  Telephone: (212) 446-4800
   E-Mail: dale.cendali@kirkland.com
10
    ALLISON W. BUCHNER, ESQ.
11  *Admitted Pro Hac Vice*
    **KIRKLAND & ELLIS LLP**
12  2049 Century Park East, Ste. 3700
    Los Angeles, California 90067
13  Telephone: (310) 552-4200
    E-Mail: allison.buchner@kirkland.com

14  DREW MORRILL, ESQ.
    *Admitted Pro Hac Vice*
15  **KIRKLAND & ELLIS LLP**
    555 S. Flower Street, Ste. 3700
16  Los Angeles, California 90071
    Telephone: (213) 680-8278
    E-Mail: drew.morrill@kirkland.com

17  *Attorneys for Plaintiff Byrna Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BYRNA TECHNOLOGIES, INC., a Delaware corporation,<br><br>  Plaintiff,<br>vs.<br><br>DUKE DEFENSE USA, INC., a Delaware corporation; BOUGIEFIT, LLC, a Nevada limited liability company; ZYN APPAREL, LLC a Delaware limited liability company; REILLY SCHUELER, an individual; BENJAMIN M. FLAM; an individual; JONATHAN COBB SANDERS, an individual; RANDALL CLIFTON, an individual; DENI STRAHL, an individual; BRAD THOMAS, an individual; APRIL WOODWARD, an individual; and TYLER AKIN, an individual,<br><br>  Defendants. | Case No.: 2:21-cv-01559-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT RANDALL CLIFTON** |

Plaintiff Byrna Technologies, Inc., by and through its counsel of record, and Defendant Randall Clifton ("Clifton"), *pro se*, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this case and all claims and allegations therein with prejudice as to Defendant Clifton only, each party to bear its own attorneys' fees and costs.

DATED this 22nd day of November, 2021.

| JACKSON LEWIS, P.C. | RANDALL CLIFTON |
|---|---|
| /s/ Joshua A. Sliker | *Randall Clifton* |
| JOSHUA A. SLIKER, ESQ. | |
| Nevada Bar No. 12493 | |
| 300 S. Fourth Street, Ste. 900 | |
| Las Vegas, Nevada 89101 | |

*Attorneys for Plaintiff*
*Byrna Technologies, Inc.*

**IT IS SO ORDERED.**

_____
United States District Court Judge

Dated: November 24, 2021