# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BYRNA TECHNOLOGIES, INC., | Case No.: 2:21-cv-01559-APG-DJA |
| Plaintiff | **Order** |
| v. | [ECF No. 29] |
| DUKE DEFENSE USA, INC., et al., | |
| Defendants | |

In light of the stipulation dismissing defendant Randall Clifton (ECF No. 68),

I ORDER that the motion to dismiss **(ECF No. 29) is DENIED as moot**.

DATED this 30th day of November, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE